**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
────────────────────────────────

**M.T.,**

                          **21-cv-682 (JGK)**
                    **Plaintiff,**

                          **ORDER**
          **- against -**

**NEW YORK CITY DEPARTMENT OF**
**EDUCATION, ET AL.,**

                    **Defendants.**
────────────────────────────────

**JOHN G. KOELTL, District Judge:**

     The time for the defendants to respond is extended to

**January 14, 2022.** If the defendants do not answer by January 14,

2022, the plaintiff may seek a default judgment.

**SO ORDERED.**

**Dated:      New York, New York**
            **December 17, 2021**         _____/s/ John G. Koeltl_____
                                              **John G. Koeltl**
                                **United States District Judge**